**STATE of Missouri, Respondent,**

v.

**Eugene L. WILKE, Appellant.**

**No. WD 53458.**

Missouri Court of Appeals,
Western District.

Dec. 30, 1997.

Peter J. Koppe, Kansas City, for appellant.

Jeff Valenti, Asst. Pros. Atty., Jackson County, Independence, for respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM.

A jury found the defendant, Eugene L. Wilke, guilty of the class B misdemeanor of driving while intoxicated, § 577.010, RSMo. 1994, and of the class A misdemeanor of driving while license suspended, § 302.321, RSMo.1994. The defendant was sentenced to six months confinement and fined $1000 for driving while intoxicated, and 30 days confinement and $100 fine for driving while his license was suspended. The sole point on appeal is the sufficiency of the evidence to support the conviction. A published opinion would have no precedential value. Affirmed. Rule 30.25(b) V.A.M.R.